FILED:  April 11, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

No. 23-1384
(CP16-10-000)

————————————

APPALACHIAN VOICES; WILD VIRGINIA; WEST VIRGINIA RIVERS
COALITION; PRESERVE GILES COUNTY; PRESERVE BENT MOUNTAIN,
a chapter of Blue Ridge Environmental Defense League; WEST VIRGINIA
HIGHLANDS CONSERVANCY; INDIAN CREEK WATERSHED
ASSOCIATION; SIERRA CLUB; CHESAPEAKE CLIMATE ACTION
NETWORK; CENTER FOR BIOLOGICAL DIVERSITY

       Petitioners

v.

UNITED STATES DEPARTMENT OF THE INTERIOR; DEB HAALAND, in
her official capacity as Secretary of the U.S. Department of the Interior; UNITED
STATES FISH AND WILDLIFE SERVICE, an agency of the U.S. Department of
Interior; CINDY SCHULZ, in her official capacity as Field Supervisor, Virginia
Ecological Services, Responsible Official; MARTHA WILLIAMS, in her official
capacity as Director of the U.S. Fish and Wildlife Service

       Respondents

MOUNTAIN VALLEY PIPELINE, LLC

       Intervenor

————————————

O R D E R

————————————

Upon consideration of the unopposed motion for leave to intervene filed by Mountain Valley Pipeline, LLC, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk