

HUNTON ANDREWS KURTH LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VIRGINIA 23219-4074, UNITED STATES OF AMERICA

TEL   804 • 788 • 8200
FAX   804 • 788 • 8218

GEORGE P. SIBLEY, III
DIRECT DIAL: 804-788-8262
EMAIL: gsibley@hunton.com

May 30, 2023

**VIA CM/ECF**

Patricia S. Connor, Clerk
United States Court of Appeals for the Fourth Circuit
1100 E. Main St., Suite 501
Richmond, VA 23219

*Appalachian Voices, et al. v. U.S. Department of the Interior, et al.*, **No. 23-1384**
**Notice Regarding Mountain Valley's Construction Plans**

Dear Ms. Connor:

Mountain Valley submits this notice to update the Court on its construction plans. As discussed below, Mountain Valley will not initiate any new construction work before June 15, 2023.

Last month, Mountain Valley advised the Court that it would not reinitiate construction before May 31, 2023. ECF No. 18. Remaining work includes stream and wetland crossings, completion of construction tasks in the Jefferson National Forest, and final restoration of the Project right-of-way. Last month, Mountain Valley explained that it cannot commence work in waterbody crossings until it receives an individual permit under Clean Water Act section 404 issued by the U.S. Army Corps of Engineers (Corps), which requires a water quality certification from the West Virginia Department of Environmental Protection, and in the Jefferson National Forest until it receives authorization from the U.S. Forest Service (Service) and the Bureau of Land Management (BLM). Although Mountain Valley has now received the necessary renewed authorizations from the Service and BLM, *see* ECF No. 28, it has not yet obtained a section 404 permit from the Corps.

Mountain Valley does not expect to receive its section 404 permit from the Corps before June 15, 2023, and will not engage in additional work (beyond continuing site maintenance, repair, and stabilization tasks), including work in the Jefferson National Forest, until it receives that permit.

**HUNTON**
ANDREWS KURTH

Patricia S. Connor, Clerk
May 30, 2023
Page 2

    Please do not hesitate to contact me with questions and thank you for your attention to this matter.

                                              Sincerely,

                                              **/s/ *George P. Sibley, III***

                                              George P. Sibley, III
                                              *Counsel for Mountain Valley Pipeline, LLC*

cc:    All Counsel of Record (via CM/ECF)