FILED: June 9, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1384
(CP16-10-000)

_____

APPALACHIAN VOICES; WILD VIRGINIA; WEST VIRGINIA RIVERS COALITION; PRESERVE GILES COUNTY; PRESERVE BENT MOUNTAIN, a chapter of Blue Ridge Environmental Defense League; WEST VIRGINIA HIGHLANDS CONSERVANCY; INDIAN CREEK WATERSHED ASSOCIATION; SIERRA CLUB; CHESAPEAKE CLIMATE ACTION NETWORK; CENTER FOR BIOLOGICAL DIVERSITY

         Petitioners

v.

UNITED STATES DEPARTMENT OF THE INTERIOR; DEB HAALAND, in her official capacity as Secretary of the U.S. Department of the Interior; UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the U.S. Department of Interior; CINDY SCHULZ, in her official capacity as Field Supervisor, Virginia Ecological Services, Responsible Official; MARTHA WILLIAMS, in her official capacity as Director of the U.S. Fish and Wildlife Service

         Respondents

MOUNTAIN VALLEY PIPELINE, LLC

         Intervenor

_____

O R D E R

_____

Upon consideration of petitioners' unopposed motion to modify deadlines

and exceed length limitations, the court suspends petitioners' deadline for responding to the intervenor's motion to dismiss or for summary denial pending further order or notice from the court and defers consideration of petitioners' motion to exceed length limitations pending respondents' filing of their motion.

                                               For the Court--By Direction

                                               /s/ Patricia S. Connor, Clerk