

HUNTON ANDREWS KURTH LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VIRGINIA 23219-4074, UNITED
STATES OF AMERICA


TEL   804 • 788 • 8200
FAX   804 • 788 • 8218


GEORGE P. SIBLEY, III
DIRECT DIAL: 804-788-8262
EMAIL: gsibley@hunton.com

June 12, 2023

**VIA CM/ECF**

Patricia S. Connor, Clerk
United States Court of Appeals for the Fourth Circuit
1100 E. Main St., Suite 501
Richmond, VA 23219

Re:     *Appalachian Voices, et al. v. U.S. Department of the Interior, et al.*, No. 23-1384, Notice
         of Supplemental Authority Pursuant to Rule 28(j)

Dear Ms. Connor:

Mountain Valley Pipeline, LLC (Mountain Valley) submits this letter to notify the Court of an
administrative decision finalized last week that bears on Petitioners' Motion for Stay Pending
Review, ECF No. 17.

On Thursday, June 8, 2023, the West Virginia Department of Environmental Protection
(WVDEP) issued a renewed Section 401 water quality certification (Ex. A) in connection with
Mountain Valley's application to the U.S. Army Corps of Engineers (Corps) for a permit under
Section 404 of the Clean Water Act.  The certification reaffirms WVDEP's conclusion that
Mountain Valley's construction activities will not violate water quality standards in West
Virginia, imposes additional conditions, and addresses each of the deficiencies in reasoning this
Court identified in *Sierra Club v. West Virginia Department of Environmental Protection*, 64
F.4th 487 (4th Cir. 2023).  The certification also discusses Mountain Valley's compliance
history, which Petitioners raised in their stay motion, ECF No. 17 at 9, and the Federal
Respondents and Mountain Valley addressed in their responses, ECF No. 23 at 9–12; ECF No.
24 at 15–16.

Mountain Valley now expects the Corps to issue a Section 404 permit for the Project on or
before June 24, 2023, as mandated by Section 324(d) of the Fiscal Responsibility Act, which
states: "Notwithstanding any other provision of law, not later than 21 days after the date of
enactment of this Act and for the purpose of facilitating the completion of the Mountain Valley
Pipeline, the Secretary of the Army shall issue all permits or verifications necessary to complete



Patricia S. Connor, Clerk
June 12, 2023
Page 2

the construction of the Mountain Valley Pipeline across the waters of the United States….”
Once it does, Mountain Valley expects to resume construction.

Thank you for your attention to this matter.

Sincerely,

**/s/ *George P. Sibley, III***

George P. Sibley, III
*Counsel for Mountain Valley Pipeline, LLC*

cc:    All Counsel of Record (via CM/ECF)