# EXHIBIT A

118TH CONGRESS
1ST SESSION

# H. R. 3746

---

# AN ACT

To provide for a responsible increase to the debt ceiling.

1    *Be it enacted by the Senate and House of Representa-*

2  *tives of the United States of America in Congress assembled,*

2

1 **SECTION 1. SHORT TITLE.**

2 This Act may be cited as the "Fiscal Responsibility

3 Act of 2023".

4 **SEC. 2. TABLE OF CONTENTS.**

5 The table of contents for this Act is as follows:

Sec. 1. Short title.
Sec. 2. Table of contents.
Sec. 3. References.

DIVISION A—LIMIT FEDERAL SPENDING

TITLE I—DISCRETIONARY SPENDING LIMITS FOR
DISCRETIONARY CATEGORY

Sec. 101. Discretionary spending limits.
Sec. 102. Special adjustments for fiscal years 2024 and 2025.
Sec. 103. Budgetary treatment of previously enacted emergency requirements.

TITLE II—BUDGET ENFORCEMENT IN THE HOUSE OF
REPRESENTATIVES

Sec. 111. Authority for Fiscal Year 2024 Budget Resolution in the House of
Representatives.
Sec. 112. Limitation on Advance Appropriations in the House of Representatives.
Sec. 113. Exercise of rulemaking powers.

TITLE III—BUDGET ENFORCEMENT IN THE SENATE

Sec. 121. Authority for fiscal year 2024 budget resolution in the Senate.
Sec. 122. Authority for fiscal year 2025 budget resolution in the Senate.
Sec. 123. Limitation on advance appropriations in the Senate.
Sec. 124. Exercise of rulemaking powers.

DIVISION B—SAVE TAXPAYER DOLLARS

TITLE I—RESCISSION OF UNOBLIGATED FUNDS

Sec. 1. Rescission of unobligated funds.
Sec. 2. Rescission of unobligated funds.
Sec. 3. Rescission of unobligated funds.
Sec. 4. Rescission of unobligated funds.
Sec. 5. Rescission of unobligated funds.
Sec. 6. Rescission of unobligated funds.
Sec. 7. Rescission of unobligated funds.
Sec. 8. Rescission of unobligated funds.
Sec. 9. Rescission of unobligated funds.
Sec. 10. Rescission of unobligated funds.
Sec. 11. Rescission of unobligated funds.
Sec. 12. Rescission of unobligated funds.
Sec. 13. Rescission of unobligated funds.
Sec. 14. Rescission of unobligated funds.

3

Sec. 15. Rescission of unobligated funds.
Sec. 16. Rescission of unobligated funds.
Sec. 17. Rescission of unobligated funds.
Sec. 18. Rescission of unobligated funds.
Sec. 19. Rescission of unobligated funds.
Sec. 20. Rescission of unobligated funds.
Sec. 21. Rescission of unobligated funds.
Sec. 22. Rescission of unobligated funds.
Sec. 23. Rescission of unobligated funds.
Sec. 24. Rescission of unobligated funds.
Sec. 25. Rescission of unobligated funds.
Sec. 26. Rescission of unobligated funds.
Sec. 27. Rescission of unobligated funds.
Sec. 28. Rescission of unobligated funds.
Sec. 29. Rescission of unobligated funds.
Sec. 30. Rescission of unobligated funds.
Sec. 31. Rescission of unobligated funds.
Sec. 32. Rescission of unobligated funds.
Sec. 33. Rescission of unobligated funds.
Sec. 34. Rescission of unobligated funds.
Sec. 35. Rescission of unobligated funds.
Sec. 36. Rescission of unobligated funds.
Sec. 37. Rescission of unobligated funds.
Sec. 38. Rescission of unobligated funds.
Sec. 39. Rescission of unobligated funds.
Sec. 40. Rescission of unobligated funds.
Sec. 41. Rescission of unobligated funds.
Sec. 42. Rescission of unobligated funds.
Sec. 43. Rescission of unobligated funds.
Sec. 44. Rescission of unobligated funds.
Sec. 45. Rescission of unobligated funds.
Sec. 46. Rescission of unobligated funds.
Sec. 47. Rescission of unobligated funds.
Sec. 48. Rescission of unobligated funds.
Sec. 49. Rescission of unobligated funds.
Sec. 50. Rescission of unobligated funds.
Sec. 51. Rescission of unobligated funds.
Sec. 52. Rescission of unobligated funds.
Sec. 53. Rescission of unobligated funds.
Sec. 54. Rescission of unobligated funds.
Sec. 55. Rescission of unobligated funds.
Sec. 56. Rescission of unobligated funds.
Sec. 57. Rescission of unobligated funds.
Sec. 58. Rescission of unobligated funds.
Sec. 59. Rescission of unobligated funds.
Sec. 60. Rescission of unobligated funds.
Sec. 61. Rescission of unobligated funds.
Sec. 62. Rescission of unobligated funds.
Sec. 63. Rescission of unobligated funds.
Sec. 64. Rescission of unobligated funds.
Sec. 65. Rescission of unobligated funds.
Sec. 66. Rescission of unobligated funds.
Sec. 67. Rescission of unobligated funds.
Sec. 68. Rescission of unobligated funds.
Sec. 69. Rescission of unobligated funds.

4

Sec. 70. Rescission of unobligated funds.
Sec. 71. Rescission of unobligated funds.
Sec. 72. Rescission of unobligated funds.
Sec. 73. Rescission of unobligated funds.
Sec. 74. Rescission of unobligated funds.
Sec. 75. Rescission of unobligated funds.
Sec. 76. Rescission of unobligated funds.
Sec. 77. Rescission of unobligated funds.
Sec. 78. Rescission of unobligated funds.
Sec. 79. Rescission of unobligated funds.
Sec. 80. Rescission of unobligated funds.
Sec. 81. Rescission of unobligated funds.

### TITLE II—FAMILY AND SMALL BUSINESS TAXPAYER PROTECTION

Sec. 251. Rescission of certain balances made available to the Internal Revenue Service.

### TITLE III—STATUTORY ADMINISTRATIVE PAY-AS-YOU-GO

Sec. 261. Short title.
Sec. 262. Definitions.
Sec. 263. Requirements for administrative actions that affect direct spending.
Sec. 264. Issuance of administrative guidance.
Sec. 265. Waiver.
Sec. 266. Exemption.
Sec. 267. Judicial review.
Sec. 268. Sunset.
Sec. 269. GAO report.
Sec. 270. Congressional Review Act compliance assessment.

### TITLE IV—TERMINATION OF SUSPENSION OF PAYMENTS ON FEDERAL STUDENT LOANS; RESUMPTION OF ACCRUAL OF INTEREST AND COLLECTIONS

Sec. 271. Termination of suspension of payments on Federal student loans; resumption of accrual of interest and collections.

### DIVISION C—GROW THE ECONOMY

### TITLE I—TEMPORARY ASSISTANCE TO NEEDY FAMILIES

Sec. 301. Recalibration of the caseload reduction credit.
Sec. 302. Pilot projects for promoting accountability by measuring work outcomes.
Sec. 303. Elimination of small checks scheme.
Sec. 304. Reporting of work outcomes.
Sec. 305. Effective date.

### TITLE II—SNAP EXEMPTIONS

Sec. 311. Modification of work requirement exemptions.
Sec. 312. Modification of general exemptions.
Sec. 313. Supplemental nutrition assistance program under the Food and Nutrition Act of 2008.
Sec. 314. Waiver transparency.

5

TITLE III—PERMITTING REFORM

Sec. 321. Builder Act.
Sec. 322. Interregional Transfer Capability Determination Study.
Sec. 323. Permitting streamlining for energy storage.
Sec. 324. Expediting completion of the Mountain Valley Pipeline.

DIVISION D—INCREASE IN DEBT LIMIT

Sec. 401. Temporary extension of public debt limit.

**SEC. 3. REFERENCES.**

Except as expressly provided otherwise, any reference to "this Act" contained in any division of this Act shall be treated as referring only to the provisions of that division.

# DIVISION A—LIMIT FEDERAL SPENDING

# TITLE I—DISCRETIONARY SPENDING LIMITS FOR DISCRETIONARY CATEGORY

**SEC. 101. DISCRETIONARY SPENDING LIMITS.**

(a) IN GENERAL.—Section 251(c) of the Balanced Budget and Emergency Deficit Control Act of 1985 (2 U.S.C. 901(c)) is amended—

    (1) in paragraph (7)(B), by striking "and" at the end; and

    (2) by inserting after paragraph (8) the following:

      "(9) for fiscal year 2024—

          "(A) for the revised security category, $886,349,000,000 in new budget authority; and

95

1 lish the study required in subsection (a) in the Federal

2 Register and seek public comments.

3     (c) REPORT.—Not later than 12 months after the

4 end of the public comment period in subsection (b), the

5 Federal Energy Regulatory Commission shall submit a re-

6 port on its conclusions to Congress and include rec-

7 ommendations, if any, for statutory changes.

8 **SEC. 323. PERMITTING STREAMLINING FOR ENERGY STOR-**

9 **AGE.**

10     Section 41001(6)(A) of the FAST Act (42 U.S.C.

11 4370m(6)(A)) is amended by inserting ''energy storage,''

12 before ''or any other sector''.

13 **SEC. 324. EXPEDITING COMPLETION OF THE MOUNTAIN**

14 **VALLEY PIPELINE.**

15     (a) DEFINITION OF MOUNTAIN VALLEY PIPELINE.—

16 In this section, the term ''Mountain Valley Pipeline''

17 means the Mountain Valley Pipeline project, as generally

18 described and approved in Federal Energy Regulatory

19 Commission Docket Nos. CP16–10, CP19–477, and

20 CP21–57.

21     (b) CONGRESSIONAL FINDINGS AND DECLARA-

22 TION.—The Congress hereby finds and declares that the

23 timely completion of construction and operation of the

24 Mountain Valley Pipeline is required in the national inter-

25 est. The Mountain Valley Pipeline will serve demonstrated

96

1 natural gas demand in the Northeast, Mid-Atlantic, and

2 Southeast regions, will increase the reliability of natural

3 gas supplies and the availability of natural gas at reason-

4 able prices, will allow natural gas producers to access addi-

5 tional markets for their product, and will reduce carbon

6 emissions and facilitate the energy transition.

7 (c) APPROVAL AND RATIFICATION AND MAINTE-

8 NANCE OF EXISTING AUTHORIZATIONS.—Notwith-

9 standing any other provision of law—

10 (1) Congress hereby ratifies and approves all

11 authorizations, permits, verifications, extensions, bio-

12 logical opinions, incidental take statements, and any

13 other approvals or orders issued pursuant to Federal

14 law necessary for the construction and initial oper-

15 ation at full capacity of the Mountain Valley Pipe-

16 line; and

17 (2) Congress hereby directs the Secretary of the

18 Army, the Federal Energy Regulatory Commission,

19 the Secretary of Agriculture, and the Secretary of

20 the Interior, and other agencies as applicable, as the

21 case may be, to continue to maintain such authoriza-

22 tions, permits, verifications, extensions, biological

23 opinions, incidental take statements, and any other

24 approvals or orders issued pursuant to Federal law

97

1    necessary for the construction and initial operation

2    at full capacity of the Mountain Valley Pipeline.

3    (d) EXPEDITED APPROVAL.—Notwithstanding any

4    other provision of law, not later than 21 days after the

5    date of enactment of this Act and for the purpose of facili-

6    tating the completion of the Mountain Valley Pipeline, the

7    Secretary of the Army shall issue all permits or

8    verifications necessary—

9        (1) to complete the construction of the Moun-

10        tain Valley Pipeline across the waters of the United

11        States; and

12        (2) to allow for the operation and maintenance

13        of the Mountain Valley Pipeline.

14    (e) JUDICIAL REVIEW.—

15        (1) Notwithstanding any other provision of law,

16        no court shall have jurisdiction to review any action

17        taken by the Secretary of the Army, the Federal En-

18        ergy Regulatory Commission, the Secretary of Agri-

19        culture, the Secretary of the Interior, or a State ad-

20        ministrative agency acting pursuant to Federal law

21        that grants an authorization, permit, verification, bi-

22        ological opinion, incidental take statement, or any

23        other approval necessary for the construction and

24        initial operation at full capacity of the Mountain

25        Valley Pipeline, including the issuance of any au-

98

1    thorization, permit, extension, verification, biological

2    opinion, incidental take statement, or other approval

3    described in subsection (c) or (d) of this section for

4    the Mountain Valley Pipeline, whether issued prior

5    to, on, or subsequent to the date of enactment of

6    this section, and including any lawsuit pending in a

7    court as of the date of enactment of this section.

8    (2) The United States Court of Appeals for the

9    District of Columbia Circuit shall have original and

10    exclusive jurisdiction over any claim alleging the in-

11    validity of this section or that an action is beyond

12    the scope of authority conferred by this section.

13    (f) EFFECT.—This section supersedes any other pro-

14    vision of law (including any other section of this Act or

15    other statute, any regulation, any judicial decision, or any

16    agency guidance) that is inconsistent with the issuance of

17    any authorization, permit, verification, biological opinion,

18    incidental take statement, or other approval for the Moun-

19    tain Valley Pipeline.

# DIVISION D—INCREASE IN DEBT LIMIT

20
21

**SEC. 401. TEMPORARY EXTENSION OF PUBLIC DEBT LIMIT.**

23    (a) IN GENERAL.—Section 3101(b) of title 31,

24    United States Code, shall not apply for the period begin-