

HUNTON ANDREWS KURTH LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VIRGINIA 23219-4074, UNITED
STATES OF AMERICA

TEL   804 • 788 • 8200
FAX   804 • 788 • 8218

GEORGE P. SIBLEY, III
DIRECT DIAL: 804-788-8262
EMAIL: gsibley@hunton.com

June 30, 2023

**VIA CM/ECF**

Patricia S. Connor, Clerk
United States Court of Appeals for the Fourth Circuit
1100 E. Main St., Suite 501
Richmond, VA 23219

Re:    *Appalachian Voices, et al. v. U.S. Department of the Interior, et al.*, No. 23-1384,
       Response to Notice of Supplemental Authority Pursuant to Rule 28(j)

Dear Ms. Connor:

On June 29, 2023, Petitioners filed a "Response to Rule 28(j) Letters" alerting the Court to a
June 28, 2023, Federal Energy Regulatory Commission (FERC) Order granting Mountain
Valley's request to proceed with construction activities.  ECF No. 47.  Although Petitioners
style their filing a "response," it advises the Court of new authorities and thus warrants its own
response.  *See* Fed. R. App. P. 28(j) (providing for a response to a letter "setting forth" new
authorities).

On June 12, 2023, Mountain Valley advised the Court that it expected the U.S. Army Corps of
Engineers (Corps) to issue an individual permit for the Mountain Valley project on or before
June 24, 2023, and that Mountain Valley expected to resume construction shortly
thereafter.  ECF No. 40.  As expected, the Corps issued its permit on June 23, and, five days
later, FERC ordered Mountain Valley to resume construction.  Mountain Valley is in the
process of mobilizing resources to resume construction in early July.

For all the reasons Mountain Valley and the Federal Respondents have noted already, the Court
should deny Petitioners' Motion to Stay.  *See* ECF Nos. 23, 24.  But independent of those
reasons, Section 324 of the Fiscal Responsibility Act removes this Court's jurisdiction to
entertain this Petition and shows that Petitioners cannot prevail on the merits.  Petitioners say
that Section 324 is unconstitutional.  But, as Mountain Valley will explain in its reply brief to
be filed on July 10, Petitioners are wrong and this Court lacks jurisdiction to hear that question.



Patricia S. Connor, Clerk
June 30, 2023
Page 2

Sincerely,

**/s/ *George P. Sibley, III***

George P. Sibley, III
*Counsel for Mountain Valley Pipeline, LLC*

cc:    All Counsel of Record (via CM/ECF)