FILED: July 12, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1384

_____

APPALACHIAN VOICES; WILD VIRGINIA; WEST VIRGINIA RIVERS COALITION; PRESERVE GILES COUNTY; PRESERVE BENT MOUNTAIN, a chapter of Blue Ridge Environmental Defense League; WEST VIRGINIA HIGHLANDS CONSERVANCY; INDIAN CREEK WATERSHED ASSOCIATION; SIERRA CLUB; CHESAPEAKE CLIMATE ACTION NETWORK; CENTER FOR BIOLOGICAL DIVERSITY

    Petitioners

v.

UNITED STATES DEPARTMENT OF THE INTERIOR; DEB HAALAND, in her official capacity as Secretary of the U.S. Department of the Interior; UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the U.S. Department of Interior; CINDY SCHULZ, in her official capacity as Field Supervisor, Virginia Ecological Services, Responsible Official; MARTHA WILLIAMS, in her official capacity as Director of the U.S. Fish and Wildlife Service

    Respondents

and

MOUNTAIN VALLEY PIPELINE, LLC

    Intervenor

_____

No. 23-1592

_____

THE WILDERNESS SOCIETY

        Petitioner

v.

UNITED STATES FOREST SERVICE; HOMER L. WILKES, in his official capacity as Under Secretary for Natural Resources and Environment; U.S. DEPARTMENT OF AGRICULTURE; KENDERICK ARNEY, in his official capacity as Regional Forester of the Southern Region

        Respondents

and

MOUNTAIN VALLEY PIPELINE, LLC

        Intervenor

_____

No. 23-1594

_____

THE WILDERNESS SOCIETY

        Petitioner

v.

BUREAU OF LAND MANAGEMENT; DEB HAALAND, in her official capacity as Secretary of the Interior; MITCHELL LEVERETTE, in his official capacity as State Director, Bureau of Land Management, Eastern States

        Respondents

and

MOUNTAIN VALLEY PIPELINE, LLC

    Intervenor

_____

O R D E R

_____

The Court consolidates these cases and schedules oral argument on respondents' and intervenor's motions to dismiss. Argument will be held on July 27, 2023, at 10:00 a.m., in Richmond, Virginia.

                For the Court

                /s/ Patricia S. Connor, Clerk