FILED: July 13, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1592

_____

THE WILDERNESS SOCIETY

       Petitioner

v.

UNITED STATES FOREST SERVICE; HOMER L. WILKES, in his official capacity as Under Secretary for Natural Resources and Environment; U.S. DEPARTMENT OF AGRICULTURE; KENDERICK ARNEY, in his official capacity as Regional Forester of the Southern Region

       Respondents

and

MOUNTAIN VALLEY PIPELINE, LLC

       Intervenor

------------------------------------------------------------

ROBERT C. SCOTT; GERALD E. CONNOLLY; DONALD S. BEYER, JR.; JENNIFER WEXTON; JENNIFER L. MCCLELLAN; WILLIAM D. ARAIZA; ERWIN CHEMERINSKY; CAPRICE ROBERTS, HOWARD M. WASSERMAN

       Amici Supporting Petitioner

_____

O R D E R

_____

Upon consideration of submissions relative to the motions to file amicus curiae briefs, the court grants the motions and accepts the amicus briefs filed by Robert C. Scott, Gerald E. Connolly, Donald S. Beyer, Jr., Jennifer Wexton, Jennifer L. McClellan, William D. Araiza, Erwin Chemerinsky, Caprice Roberts, and Howard M. Wasserman.

    For the Court--By Direction

    /s/ Patricia S. Connor, Clerk