# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 23-1384 (L)     Date of Oral Argument: 07/27/23

Caption: Appalachian Voices v. United States Department of the Interior

Attorney Arguing: Derek O. Teaney

Arguing on Behalf of (party name): Appalachian Voices, et al.

Select party type:
☑ Appellant ☐ Appellee ☐ Appellant/Cross-Appellee ☐ Appellee/Cross-Appellant ☐ Amicus ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case: n/a

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.

→ 20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→ 15 rather than 20 minutes are allotted in social security, black lung & labor cases in which primary issue is whether substantial evidence supports agency decision, and in criminal cases in which primary issue is application of sentencing guidelines; 30 minutes are allotted in en banc cases
→ Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Kimberley Hunter
Phone Number (day of argument): 703-859-1226

Principal Argument Time: 15     Rebuttal Argument Time (if any): 
(for appellants and appellees)     (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time: Derek O. Teaney
Phone Number (day of argument): 304-646-1182

Principal Argument Time: 15     Rebuttal Argument Time (if any): 
(for appellants and appellees)     (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:     Select one of the following: ☐ Order allowing argument time ☐ Court-Appointed Amicus

Signature: /s/ Derek O. Teaney     Date: 07/21/23

03/08/2022 SCC