FILED: August 11, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1384 (L)
(CP16-10-000)

_____

APPALACHIAN VOICES; WILD VIRGINIA; WEST VIRGINIA RIVERS
COALITION; PRESERVE GILES COUNTY; PRESERVE BENT MOUNTAIN,
a chapter of Blue Ridge Environmental Defense League; WEST VIRGINIA
HIGHLANDS CONSERVANCY; INDIAN CREEK WATERSHED
ASSOCIATION; SIERRA CLUB; CHESAPEAKE CLIMATE ACTION
NETWORK; CENTER FOR BIOLOGICAL DIVERSITY

        Petitioners

v.

UNITED STATES DEPARTMENT OF THE INTERIOR; DEB HAALAND, in
her official capacity as Secretary of the U.S. Department of the Interior; UNITED
STATES FISH AND WILDLIFE SERVICE, an agency of the U.S. Department of
Interior; CINDY SCHULZ, in her official capacity as Field Supervisor, Virginia
Ecological Services, Responsible Official; MARTHA WILLIAMS, in her official
capacity as Director of the U.S. Fish and Wildlife Service

        Respondents

MOUNTAIN VALLEY PIPELINE, LLC

        Intervenor

_____

No. 23-1592

_____

THE WILDERNESS SOCIETY

       Petitioner

v.

UNITED STATES FOREST SERVICE; HOMER L. WILKES, in his official capacity as Under Secretary for Natural Resources and Environment; U.S. DEPARTMENT OF AGRICULTURE; KENDERICK ARNEY, in his official capacity as Regional Forester of the Southern Region

       Respondents

and

MOUNTAIN VALLEY PIPELINE, LLC

       Intervenor

--------------------------------------------------------------

ROBERT C. SCOTT; GERALD E. CONNOLLY; DONALD S. BEYER, JR.; JENNIFER WEXTON; JENNIFER L. MCCLELLAN; WILLIAM D. ARAIZA; ERWIN CHEMERINSKY; CAPRICE ROBERTS, HOWARD M. WASSERMAN

       Amici Supporting Petitioner

———————————

No. 23-1594
(VAES-058143-04)
(VAES-058143-05)

———————————

THE WILDERNESS SOCIETY

         Petitioner

v.

BUREAU OF LAND MANAGEMENT; DEB HAALAND, in her official
capacity as Secretary of the Interior; MITCHELL LEVERETTE, in his official
capacity as State Director, Bureau of Land Management, Eastern States

         Respondents

and

MOUNTAIN VALLEY PIPELINE, LLC

         Intervenor

--------------------------------------------------------------

ROBERT C. SCOTT; GERALD E. CONNOLLY; DONALD S. BEYER, JR.;
JENNIFER WEXTON; JENNIFER L. MCCLELLAN; WILLIAM D. ARAIZA;
ERWIN CHEMERINSKY; CAPRICE ROBERTS; HOWARD M WASSERMAN

         Amici Supporting Petitioner

———————————

J U D G M E N T

———————————

In accordance with the decision of this court, the petitions for review are

dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK