FILED: October 3, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1384 (L)
(CP16-10-000)

_____

APPALACHIAN VOICES; WILD VIRGINIA; WEST VIRGINIA RIVERS COALITION; PRESERVE GILES COUNTY; PRESERVE BENT MOUNTAIN, a chapter of Blue Ridge Environmental Defense League; WEST VIRGINIA HIGHLANDS CONSERVANCY; INDIAN CREEK WATERSHED ASSOCIATION; SIERRA CLUB; CHESAPEAKE CLIMATE ACTION NETWORK; CENTER FOR BIOLOGICAL DIVERSITY

        Petitioners

v.

UNITED STATES DEPARTMENT OF THE INTERIOR; DEB HAALAND, in her official capacity as Secretary of the U.S. Department of the Interior; UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the U.S. Department of Interior; CINDY SCHULZ, in her official capacity as Field Supervisor, Virginia Ecological Services, Responsible Official; MARTHA WILLIAMS, in her official capacity as Director of the U.S. Fish and Wildlife Service

        Respondents

MOUNTAIN VALLEY PIPELINE, LLC

        Intervenor

_____

No. 23-1592

_____

THE WILDERNESS SOCIETY

        Petitioner

v.

UNITED STATES FOREST SERVICE; HOMER L. WILKES, in his official capacity as Under Secretary for Natural Resources and Environment; U.S. DEPARTMENT OF AGRICULTURE; KENDERICK ARNEY, in his official capacity as Regional Forester of the Southern Region

        Respondents

and

MOUNTAIN VALLEY PIPELINE, LLC

        Intervenor

------------------------------------------------------------

ROBERT C. SCOTT; GERALD E. CONNOLLY; DONALD S. BEYER, JR.; JENNIFER WEXTON; JENNIFER L. MCCLELLAN; WILLIAM D. ARAIZA; ERWIN CHEMERINSKY; CAPRICE ROBERTS, HOWARD M. WASSERMAN

        Amici Supporting Petitioner

------------------------

No. 23-1594
(VAES-058143-04)
(VAES-058143-05)

------------------------

THE WILDERNESS SOCIETY

        Petitioner

v.

BUREAU OF LAND MANAGEMENT; DEB HAALAND, in her official capacity as Secretary of the Interior; MITCHELL LEVERETTE, in his official capacity as State Director, Bureau of Land Management, Eastern States

        Respondents

and

MOUNTAIN VALLEY PIPELINE, LLC

        Intervenor

-------------------------------------------------------------

ROBERT C. SCOTT; GERALD E. CONNOLLY; DONALD S. BEYER, JR.; JENNIFER WEXTON; JENNIFER L. MCCLELLAN; WILLIAM D. ARAIZA; ERWIN CHEMERINSKY; CAPRICE ROBERTS; HOWARD M WASSERMAN

        Amici Supporting Petitioner

_____

## M A N D A T E
_____

The judgment of this court, entered 08/11/2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                  */s/Nwamaka Anowi, Clerk*